IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DEALER SERVICES CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:07-1118 |
| | ) JUDGE HAYNES |
| CHIPMAN AUTOMOTIVE GROUP d/b/a PAYLESS CAR SALES, a Tennessee Corporation, and CHARLES EDWARD CHIPMAN, SR., | ) |
| Defendants. | ) |

## ORDER GRANTING DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment (the "Motion") on the claims asserted in the Verified Complaint against Defendant Chipman Automotive Group d/b/a Payless Car Sales and Defendant Charles Edward Chipman, Sr. (individually "Payless" or "Mr. Chipman," collectively "Defendants"). On November 14, 2007, Plaintiff filed the Complaint in the above-styled action with service to be accomplished by a private process server on Mr. Chipman, individually and as agent for Payless. On November 16, 2007, the process server returned both summons as personally served on Mr. Chipman, individually and as agent for Payless.

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants were required to respond to the Complaint within thirty (20) days of being served with the Complaint. To date, Defendants have failed to file a responsive pleading. The Court finds that the Motion is well taken and should be **GRANTED**.

The Court hereby **ENTERS JUDGMENT** for Dealer Services Corporation and against Payless and Mr. Chipman, jointly and severally, on the claims asserted in the Complaint for the amount of $176,374.52, plus post-judgment interest at the federal judgment interest rate.

**IT IS FURTHER ORDERED** that court costs shall be taxed to the Defendants.

It is so **ORDERED**, this 3rd day of February, 2008.

_William J.H. Jr._
Judge Haynes

Submitted for Entry:

/w/ Wendy M. Warren
Wendy M. Warren (#021880)
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
Tel: 615-742-6200
Fax: 615-742-0417
wwarren@bassberry.com

*Attorneys for Plaintiff*
*Dealer Services Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served via United States Postal Service, postage prepaid, to Charles Edward Chipman, Sr., individually and as the President of Chipman Automotive Group, 369 Bay Shore Drive, Hendersonville, Tennessee 37075, on this the 19th day of February, 2008.

/s/ Wendy M. Warren
Wendy M. Warren

2

Case 3:07-cv-01118   Document 21-2   Filed 02/19/2008   Page 3 of 3

Case 3:07-cv-01118   Document 26   Filed 03/03/08   Page 2 of 2 PageID #: 108